Entered: September 2nd, 2025
Signed: September 2nd, 2025

## SO ORDERED

The September 3, 2025 hearing on the motion is cancelled and has
been removed from the Court's calendar.



*Maria Ellena Chavez-Ruark*
_____
**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

In Re:                                    |
                                          |
**DEBORAH A. STEFFEN**                    |     Case No. **25-11347-MCR**
                                          |     Chapter 13
Debtor(s)                                 |

### ORDER APPROVING SALE OF PROPERTY FREE
### AND CLEAR OF LIENS

Upon a motion and/or notice by the Debtor for approval of sale of property free and clear

of liens, it is by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the sale noticed by the Debtor in this case of property known as 215

Langley Lane, Solomons, MD 20688 is approved by the court, under the terms of this Order; and

it is further

ORDERED, that all debts secured by present liens upon the property shall be paid at

settlement; and it is further

ORDERED, that after payment of closing costs and satisfaction of liens upon the property, the settlement officer shall remit directly to the Chapter 13 Trustee all net proceeds from the Debtor's portion in the real property, together with a copy of the fully executed ALTA statement; and it is further

ORDERED, that if the Trustee does not receive the required proceeds and ALTA statements within ninety (90) days of the date of entry of this Order, the authority to sell granted by this Order shall automatically terminate and the modification to plan approved herein shall be void.

cc:

Jill L. Phillips    jp@phillipslaweast.com, Nicole@phillipslaweast.com
(Debtor's Attorney)

Rebecca A. Herr    ecf@ch13md.com
(Chapter 13 Trustee)

And Debtor:

Deborah A. Steffen
2923 Pageland Highway
Monroe, MD 28112

**END OF ORDER**